IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILLY LEE COX, AIS #156777, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:11cv171-WHA |
| | ) | |
| LOUIS BOYD, et al., | ) | (WO) |
| | ) | |
| Defendants. | ) | |

### **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #17), entered on September 13, 2011, and upon an independent review of the file, the court adopts the Recommendation, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

DONE this 5th day of October, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE