IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY LEE COX, AIS #156777, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11cv171-WHA |
| ) | |
| LOUIS BOYD, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the order entered by the court on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, Billy Lee Cox, and this case is DISMISSED without prejudice.

DONE this 5th day of October, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE